# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | | |
|---|---|---|
| CHARLES "RANDY" RICH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:19-cv-0022 |
| | ) | |
| WITT O'BRIEN'S USVI, LLC, LEVETATED CAREERS, INC. and PRIME UNIVERSAL GROUP, LLC, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**APPEARANCES:**

LEE J. ROHN, ESQ.
RHEA LAWRENCE, ESQ.
LEE J. ROHN & ASSOCIATES
ST. CROIX, U.S. VIRGIN ISLANDS
      *FOR PLAINTIFF CHARLES RICH*

ADAM G. CHRISTIAN, ESQ.
OGLETREE DEAKINS LAW FIRM
ST. THOMAS, U.S. VIRGIN ISLANDS
      *FOR DEFENDANT WITT O'BRIEN'S USVI, LLC*

KYLE R. WALDNER, ESQ.
WALDNER LAW, P.C.
ST. THOMAS, U.S. VIRGIN ISLANDS
      *FOR DEFENDANT LEVETATED CAREERS, INC.*

JENNIFER MILLER BROOKS, ESQ.
HAMILTON, MILLER & BIRTHSIEL, LLP
MIAMI, FLORIDA
      *FOR DEFENDANT PRIME UNIVERSAL GROUP, LLC*

## JUDGMENT

**BEFORE THE COURT** are the following motions:

1. Defendant Witt O'Brien's USVI, LLC's Motion for Summary Judgment on Liability, filed on June 17, 2024, (ECF No. 335);

*Rich v. Witt O'Brien's USVI, LLC, et al.*
Case No. 1:19-cv-0022
Judgment
Page **2** of **3**

2. Defendant Witt O'Brien's USVI, LLC's Motion for Summary Judgment on Damages, filed on June 17, 2024, (ECF. No. 337);

3. Defendant Levitated Careers, Inc.'s Motion for Summary Judgment, filed on June 17, 2024, (ECF No. 339); and

4. Defendant, Prime Universal Group LLC's Motion for Summary Judgement, filed on June 17, 2024. (ECF No. 343.)

For reasons stated in the accompanying Memorandum Opinion of even date, it is hereby

**ORDERED** that Defendant Witt O'Brien's USVI, LLC's Motion for Summary Judgment on Liability, ECF No. 335, filed on June 17, 2024, is **GRANTED;** it is further

**ORDERED** that Defendant Witt O'Brien's USVI, LLC's Motion for Summary Judgment on Damages, ECF No. 337, filed on June 17, 2024, is **GRANTED;** it is further

**ORDERED** that Defendant Levitated Careers, Inc.'s Motion for Summary Judgment, ECF No. 339, filed on June 17, 2024, is **GRANTED;** it is further

**ORDERED** that Defendant Prime Universal Group LLC's Motion for Summary Judgement, ECF No. 343, filed on June 17, 2024, is **GRANTED**; it is further

**ORDERED, ADJUDGED, and DECREED** that Judgment is rendered in favor of Levetated Careers, Inc., and Prime Universal Group, LLC, and against Plaintiff on Plaintiff's claim for Fraudulent and/or Negligent Misrepresentation (Count One), of the First Amended Complaint, ECF No. 17, filed on June 17, 2019; it is further

**ORDERED, ADJUDGED, and DECREED** that Judgment is rendered in favor of Defendants Witt O'Brien's USVI, LLC, Levetated Careers, Inc., and Prime Universal Group, LLC, and against Plaintiff on Plaintiff's claim for Negligent Retention of Hugh Shows (Count Five), of the First Amended Complaint, ECF No. 17, filed on June 17, 2019; it is further

*Rich v. Witt O'Brien's USVI, LLC, et al.*
Case No. 1:19-cv-0022
Judgment
Page **3** of **3**

**ORDERED** that all motions pending prior to the issuance of this Judgment are

**MOOT;**[1] and finally, it is further

**ORDERED** that the Complaint filed in this matter is **DISMISSED WITH PREJUDICE.**

The Clerk of the Court shall **CLOSE** this case.

**Dated:** April 28, 2026                    /s/ *Robert A. Molloy*
                                             **ROBERT A. MOLLOY**
                                             **Chief Judge**

---

[1] The motions that were pending prior to the issuance of this Judgment are the motions docketed at ECF Nos. 333, 363, 365, 366, 427, and 429.